192 So. 917
### Spurgeon MOONEYHAM v. STATE.
#### 4 Div. 488.

Court of Appeals of Alabama.
Nov. 21, 1939.

Thos. S. Lawson, Atty. Gen., for the State.

SAMFORD, Judge

Appeal dismissed.

192 So. 917
### Della MOORE v. CITY OF TUSCALOOSA.
#### 6 Div. 586.

Court of Appeals of Alabama.
Dec. 1, 1939.

PER CURIAM.

Appeal dismissed for want of prosecution.

199 So. 913
### Alice MOORE v. STATE.
#### 6 Div. 569.

Court of Appeals of Alabama.
Nov. 26, 1940.

Thos. S. Lawson, Atty. Gen., for the State.

BRICKEN, Presiding Judge.

Affirmed.

190 So. 923
### Jim MOORE v. STATE.
#### 8 Div. 880.

Court of Appeals of Alabama.
June 13, 1939.

Thos. S. Lawson, Atty. Gen., for the State.

SAMFORD, Judge.

Affirmed.

199 So. 913
### Jim MOORE v. STATE.
#### 8 Div. 84.

Court of Appeals of Alabama.
Nov. 26, 1940.

Thos. S. Lawson, Atty. Gen., for the State.

RICE, Judge.

Affirmed.

192 So. 917
### Ardell MOSS v. STATE.
#### 8 Div. 909.

Court of Appeals of Alabama.
Nov. 21, 1939.

Thos. S. Lawson, Atty. Gen., for the State.

BRICKEN, Presiding Judge.

Affirmed.